IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARGARET GROTTS,               )
                                     )
      Plaintiff,               )
                                     )
          vs.                  )        CIVIL NO. 18-cv-1196-CJP[1]
                                     )
COMMISSIONER of SOCIAL SECURITY,   )
                                     )
      Defendant.            )

**<u>MEMORANDUM AND ORDER</u>**

**PROUD, Magistrate Judge:**

Before the Court is the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). **(Doc. 29)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will re-evaluate the record medical opinions related to the claimant's mental impairments; re-evaluate the

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 10.

claimant's mental RFC, with citation to the medical evidence that supports each limitation assessed; re-evaluate the claimant's subjective statements under SSR 16-3p; and obtain additional vocational evidence if warranted."

Plaintiff's pursuit of disability benefits began back in August 2009. Her claim has been denied by the agency three times and all three denials have been remanded pursuant to sentence four. Doc. 23, Ex. 1, pp. 1-3. While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand (**Doc. 29**) is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: February 19, 2019.**

<u>**s/ Clifford J Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**